UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:25-cv-7731-SK |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO STAY CASE IN LIGHT OF LAPSE OF APPROPRIATIONS** |
| UBER TECHNOLOGIES, INC., | ) |
| Defendant. | ) |

WHEREAS on October 1, 2025, Plaintiff United States of America moved this Court for an order to stay the above-captioned action because appropriations to the Department of Justice lapsed; and

WHEREAS, Defendant Uber consents to this request;

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED and that the case is hereby STAYED until Congress has restored appropriations to the Department.

IT IS FURTHER ORDERED that all current deadlines for the parties will be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

IT IS SO ORDERED.

Dated: October 1, 2025

*Sallie Kim*

HON. SALLIE KIM
United States Magistrate Judge

ORDER GRANTING ADMIN. MOTION
3:25-cv-7731-SK