1  ALAN E. SCHOENFELD (*pro hac vice* forthcoming)
   alan.schoenfeld@wilmerhale.com
2  WILMER CUTLER PICKERING HALE AND DORR LLP
   7 World Trade Center
3  250 Greenwich Street
4  New York, NY 10007
   Telephone: (212) 937-7294
5  Facsimile: (212) 230-8888

6  BENJAMIN J. YOOD (SBN 301688)
7  jamie.yood@wilmerhale.com
   WILMER CUTLER PICKERING HALE AND DORR LLP
8  2100 Pennsylvania Avenue N.W.
   Washington, DC 20037
9  Telephone: (202) 663-6000
   Facsimile: (202) 663-6363
10

11 *Attorneys for Defendant Uber Technologies, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:25-cv-7731-SK |
| Plaintiff, | |
| v. | **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION
3:25-cv-7731-SK

judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

Dated: October 1, 2025

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

*/s/ Benjamin J. Yood*
Benjamin J. Yood

*Attorneys for Defendant Uber Technologies, Inc.*