UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 3:25-cv-7731-SK |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER LIFTING STAY AND RESETTING CASE MANAGEMENT EVENT DATES** |
| UBER TECHNOLOGIES, INC., | ) |
| Defendant. | ) |

WHEREAS on October 1, 2025, the Court granted the United States' motion to stay this case because appropriations to the Department of Justice lapsed; and

WHEREAS, the Court ordered that all current deadlines for the parties would be extended commensurate with the duration of the lapse in appropriations—i.e., each deadline would be extended by the total number of days of the lapse in appropriations; and

WHEREAS, appropriations were restored to the Department on November 12, 2025, resulting in a 43-day lapse in appropriations.

WHEREAS, there is good cause to extend the case management deadlines.

ACCORDINGLY, IT IS HEREBY ORDERED that the stay is now lifted; and the Court FURTHER ORDERS that counsel must comply with the dates listed below:

| **Case Management Event** | **Deadline** |
|---|---|
| Deadline for Defendant to file response to Complaint. | 1/23/2026 |
| Deadline to file ADR Certification. (See ADR L.R. 3) | 1/23/2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. (See F.R. Civ. P. 26(f)) | 1/23/2026 |
| Deadline to make initial disclosures. (See F.R. Civ. P. 26(a)(1)) | 2/6/2026 |
| Deadline to file Joint Case Management Statement. (See Standing Order for All Judges of the Northern District of California) | 3/2/2026 |

ORDER LIFTING STAY AND RESETTING DEADLINES
3:25-cv-7731-SK

| Initial Case Management Conference location: **To be held by Zoom.** **Go to cand.uscourts.gov/sk for Zoom link.** | 3/9/2026 at 1:30 PM |
|---|---|

**IT IS SO ORDERED.**

Dated: November 24, 2025


HON. SALLIE KIM
United States Magistrate Judge