ALAN E. SCHOENFELD (*pro hac vice* forthcoming)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

BENJAMIN J. YOOD (SBN 301688)
jamie.yood@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, DC 20037
Telephone: (202) 663-6695
Facsimile: (202) 663-6363

*Attorneys for Defendant*
*Uber Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>                       Plaintiff,<br><br>     vs.<br><br>Uber Technologies, Inc.,<br><br>                       Defendant. | Case No.  3:25-cv-7731-SK<br><br>**DECLARATION OF BENJAMIN J. YOOD IN SUPPORT OF UBER TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Hearing Date: March 9, 2026<br>Time:  9:30 a.m.<br>Place:  Courtroom C – 15th Floor |

DECL. OF BENJAMIN J. YOOD IN SUPPORT OF UBER TECHNOLOGIES, INC.'S NOTICE OF MOTION
AND MOTION TO DISMISS
No. 25-cv-7731

I, Benjamin J. Yood, hereby declare as follows.

1. I am an attorney with the law firm Wilmer Cutler Pickering Hale and Dorr LLP, attorneys of record for Uber Technologies, Inc in this litigation. I am licensed to practice law in the State of California. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. Attached as **Exhibit 1** is a true and correct copy of Uber's Service Animal and Assistive Device Policy, last revised February 3, 2025. This document is publicly available at https://tinyurl.com/2mekfe9f.

3. Attached as **Exhibit 2** is a true and correct copy of Uber's Form 10-K, filed with the United States Securities and Exchange Commission on February 14, 2025. This document is publicly available at https://tinyurl.com/5hdtb9k2.

4. Attached as **Exhibit 3** is a true and correct copy of a February 5, 2025 Uber press release titled "Uber Announces Results for Fourth Quarter and Full Year 2024." This document is publicly available at https://tinyurl.com/5hd26nwn.

5. Attached as **Exhibit 4** is a true and correct copy of an April 2024 Bureau of Transportation Statistics Technical Report titled "Travel Patterns of Adults with Travel-Limiting Disabilities." This document is publicly available at https://tinyurl.com/e5e5t9f9.

6. Attached as **Exhibit 5** is a true and correct copy of Uber's Cleaning Fees guide. This document is publicly available at https://tinyurl.com/5n6d82f5.

7. Attached as **Exhibit 6** is a true and correct copy of the Settlement Agreement Under the Americans with Disabilities Act Between the United States of America and Lyft, Inc., entered into in June 2020. This document is publicly available at https://tinyurl.com/32x4eb2d.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1 | Executed in Washington, D.C. on January 23, 2026.

Respectfully submitted,

*/s/ Benjamin J. Yood*
Benjamin J. Yood