United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

UBER TECHNOLOGIES, INC.,

Defendant.

Case No. 25-cv-07731-SK

**ORDER VACATING HEARING**

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant's motion to dismiss, which is scheduled for hearing on Monday, March 9, 2026, at 9:30 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is HEREBY VACATED. The motion will be taken under submission and decided on the papers.

The Court DENIES the stipulation to advance the time of the case management conference to 9:30 a.m. to be at the same time as the hearing as MOOT. (Dkt. No. 25.)

**IT IS SO ORDERED**.

Dated: March 5, 2026

_____
SALLIE KIM
United States Magistrate Judge