**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>        vs.<br><br>Uber Technologies, Inc.,<br><br>                              Defendant. | Case No.  3:25-cv-7731-SK<br><br>**ORDER ENLARGING TIME FOR DEFENDANT UBER TECHNOLOGIES, INC. TO FILE ANSWER TO THE COMPLAINT** |

WHEREAS, on January 23, 2026, the Defendant timely filed its Motion to Dismiss the Complaint; and

WHEREAS, on March 5, 2026, the Court denied Defendant's Motion to Dismiss; and

WHEREAS, under Federal Rule of Civil Procedure 12(a)(4), Defendant's Answer to the Complaint is due by March 19, 2026, or 14 days after notice of the Court's denial of the Motion to Dismiss; and

WHEREAS, on March 17, 2026, the Parties filed a stipulation requesting an order to enlarge the time by which Defendant may file and serve its Answer to April 17, 2026; and

WHEREAS, enlarging the time by which the Defendant may file and serve its Answer will not affect any other deadlines; and

WHEREAS, there is good cause to enlarge the time by which Defendant may file and serve its Answer.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Defendant shall file and serve its Answer to the Complaint by April 17, 2026.

Dated: March 18, 2026

_____
HON. SALLIE KIM
United States Magistrate Judge

ORDER ENLARGING TIME FOR DEFENDANT UBER TECHNOLOGIES, INC. TO FILE ANSWER TO
THE COMPLAINT
No. 25-cv-7731