Court, Docs

Shawn Mendel

550 SE 6th Street
Hialeah, Florida 33010
Ph. 305-360-6216
Carpartners1@gmail.com
Pro Se Amicus Curiae

RECEIVED
OCT 20 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

October 12, 2026

Clerk of Court

United States District Court, Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: United States of America v. Uber Technologies, Inc., Case No. 3:25-cv-07731-SK

Submission of Pro Se Motion for Leave to File Brief Amicus Curiae

Dear Clerk of Court,

Enclosed please find the physical filing package submitted by Shawn Mendel, Pro Se, for entry onto the docket in the above-referenced matter. As an unrepresented litigant filing from out-of-district, I am submitting these materials via United States Mail pursuant to Civil Local Rule 5-1(b).

Please find enclosed the following original documents for filing, along with one identical paper copy of each designated as the "Chambers Copy" for Magistrate Judge Sallie Kim:

1. Motion for Leave to File Brief Amicus Curiae Pro Se
2. [Proposed] Amicus Brief
3. [Proposed] Order Granting Motion for Leave to File Brief Amicus Curiae
4. Proof of Service

Please file-stamp the original documents and log them onto the electronic docket.

Please return my cover page file stamped in the enclosed envelope for my records.

Thank you for your time and professional assistance in processing this submission

Respectfully submitted,

Shawn Mendel, *Pro Se*