[illegible]
550 SE 6TH ST
Hialeah, FL 33010

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 3004 8189 20

Clerk of t
United States District
Northern District of
San Francisco Di
450 Golden Ga
16th Floor
San Francisco, C

Retail

UNITED STATES POSTAL SERVICE®

94102

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
HIALEAH, FL 33010
OCT 13, 2026

$10.79

S2324K500941-45

...he Court
Court
California
...vision
...e Ave.
...A 94102

RECEIVED
OCT 20 20...
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RECEIVED
OCT 20 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA