ALAN E. SCHOENFELD (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

BENJAMIN J. YOOD (SBN 301688)
jamie.yood@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, DC 20037
Telephone: (202) 663-6695
Facsimile: (202) 663-6363

*Attorneys for Defendant*
*Uber Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Uber Technologies, Inc.,<br><br>Defendant. | Case No. 3:25-cv-7731-SK<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE**<br><br>Judge: Hon. Sallie Kim |

Pursuant to the Court's order of October 26, 2026, Defendant Uber Technologies, Inc. submits this opposition to the Motion for Leave to File Brief Amicus Curiae (Dkt. 53, the "Motion"). The Court may exercise its discretion to decide whether to grant a motion to file an amicus brief. *See Cody v. Ring LLC*, 718 F. Supp. 3d 993, 1004 (N.D. Cal. 2024). Uber opposes the Motion, as the proposed amicus brief neither concerns any motion pending in this case nor addresses any issue that the parties have identified as being in dispute in this case.

Dated: November 13, 2026

*<u>/s/ Alan E. Schoenfeld</u>*
ALAN E. SCHOENFELD (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

BENJAMIN J. YOOD (SBN 301688)
jamie.yood@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, DC 20037
Telephone: (202) 663-6695
Facsimile: (202) 663-6363

*Attorneys for Defendant*
*Uber Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2026, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: November 13, 2026

By: *<u>/s/ Alan E. Schoenfeld</u>*
Alan E. Schoenfeld